**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Sean Moilanen, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MNGI Digestive Health, P.A.,<br><br>Defendant. | Civil No. 24-3155 (DWF/DJF)<br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on October 3, 2024, (Doc. No. [16]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 4, 2024         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge